IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HEWLETT, | No. C-07-05532 CRB |
| Plaintiff, | NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE |
| v. | |
| U.S. BANKRUPTCY COURT, | |
| Defendant. _____/ | |

RE:
    Bankruptcy Case:
    Adversary No.:
    BAP No.:

Appellant:

The appeal has been assigned the following case number C-07-05532 CRB before the Honorable Charles R. Breyer.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 2/8/2008 in Ctrm. 8, 19th Fl,SF.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Oct 30, 2007

                                        For the Court
                                        Richard W. Wieking, Clerk

                                        _____
                                        By: Deputy Clerk

cc: USBC
    Counsel of Record