```
 1  Michael A. Isaacs, State Bar No. 99782
    Jeffrey L. Fillerup, State Bar No. 120543
 2  Nhung Le, State Bar No. 209552
    LUCE, FORWARD, HAMILTON & SCRIPPS LLP
 3  Rincon Center II, 121 Spear Street, Suite 200
    San Francisco, California 94105-1582
 4  Telephone No.: 415.356.4600
 5  Fax No.: 415.356.4610
    E-Mail:   misaacs@luce.com
 6            jfillerup@luce.com
              nle@luce.com
 7
 8  Attorneys for JANINA M. ELDER,
    Chapter 11 Trustee (Real Party in Interest)
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA HEWLETT,<br><br>    Appellant,<br><br>v.<br><br>U.S. BANKRUPTCY COURT,<br><br>    Appellee. | Case No. 07 CV 05532 CRB<br><br>**NOTICE OF RELATED CASE (N.D. LOCAL RULE 3-13)** |

Chapter 11 Bankruptcy Trustee, Janina M. Elder, has filed a Notice of Related Case in two cases related to the above case, and those notices are attached hereto as Exhibit "A" and Exhibit "B".

DATED: November 29, 2007     LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
    Jeffrey L. Fillerup
    Attorneys for JANINA M. ELDER,
    Chapter 11 Trustee (Real Party in Interest)

301022750.1