1  Michael A. Isaacs, State Bar No. 99782
   Jeffrey L. Fillerup, State Bar No. 120543
2  Nhung Le, State Bar No. 209552
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
3  Rincon Center II, 121 Spear Street, Suite 200
4  San Francisco, California 94105-1582
   Telephone No.: 415.356.4600
5  Fax No.: 415.356.4610
   E-Mail:    misaacs@luce.com
6             jfillerup@luce.com
7             nle@luce.com

8  Attorneys for JANINA M. ELDER,
   Chapter 11 Trustee (Real Party in Interest)
9

10                     UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                           SAN FRANCISCO DIVISION
13
                                              Case No. 07 CV 05532 CRB
14  PATRICIA HEWLETT,

15        Appellant,                          **CERTIFICATE OF SERVICE**

16  v.                                        **NOTICE OF RELATED CASE (N.D. LOCAL RULE 3-13)**

17  U.S. BANKRUPTCY COURT,

18        Appellee.

19
20
21
22
23
24
25
26
27
28

                                    1                    Case No. 07 CV 055332 CRB
                                                  NOTICE OF RELATED CASE (N.D. LOCAL
                                                                          RULE 3-13)

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is Rincon Center II, 121 Spear Street, Suite 200, San Francisco, California 94105-1582.

On November 29, 2007, I served true copies of the following document(s) described as

**NOTICE OF RELATED CASE (N.D. LOCAL RULE 3-13)**

[X]   **BY MAIL**: By placing a true copy in an envelope addressed as shown to the parties below. I am familiar with Luce, Forward, Hamilton & Scripps LLP's practice whereby each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day the mail is collected and deposited in a United States postal mailbox at or before the close of business each day.

James Attridge, Esq.
1390 Market Street, Suite 1204
San Francisco, CA  94102-5306
Phone 415-552-3188
Facsimile 415.522.0513
*Attorney for Defendant Patricia Hewlett*

Javier Rivera
2330 Geary Blvd
San Francisco, CA  94115

U.S. Bankruptcy Court
Northern District of California
Clerk of the Court
P.O. Box 7341
San Francisco, CA 94120

[X]   **ELECTRONIC TRANSMISSION**: I declare that a copy of said document(s) was filed electronically on the above date through the ECF system for the United States Bankruptcy Court, Northern District of California and to the best of my knowledge notice of this filing will be transmitted to all parties through the Court's ECF system.

James Attridge, Esq.
1390 Market Street, Suite 1204
San Francisco, CA  94102-5306
Phone 415-552-3188
Facsimile 415.522.0513
*Attorney for Defendant Patricia Hewlett*

[X]   **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 29, 2007, at San Francisco, California.

_____
Cheryl Cormier