Michael A. Isaacs, State Bar No. 99782
Jeffrey L. Fillerup, State Bar No. 120543
Nhung Le, State Bar No. 209552
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail:    misaacs@luce.com
           jfillerup@luce.com
           nle@luce.com

Attorneys for JANINA M. ELDER,
Chapter 11 Trustee (Real Party in Interest)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HEWLETT,<br><br>   Petitioner,<br><br>v.<br><br>UNITED STATES BANKRUPTCY COURT,<br><br>   Respondent. | Case No. 07 CV 05532CRB<br><br>**NOTICE OF ADMINISTRATIVE MOTION TO RELATE CASES (N.D. LOCAL RULES 3-12, 7-11)**<br><br>[No Hearing Date] |

TO: PATRICIA HEWLETT AND HER ATTORNEYS OR RECORD

TAKE NOTICE that Chapter 11 Bankruptcy Trustee Janina M. Elder (Real Party in Interest), hereby files this administrative motion pursuant to N.D. Local Rule 7-11 for an order (1) finding that this case is related to the appeal filed by Patricia Hewlett, which has been assigned to Judge Martin J. Jenkins and which is pending as Case No. 07-CV-05883MJJ; and (2) ordering that Case No. 07-CV-05883MJJ be re-assigned the Judge Breyer, who was the judge assigned to the first-filed-case (this case).   This administrative motion shall be based upon N.D. Local Rules 7-11 and 3-12,  the pleadings on file in the bankruptcy proceeding from which this case arose,  the pleadings on file in this case and in Case No. 07-CV-05883MJJ, and such other an further

1  evidence as may be relevant to this administrative motion.

2  DATED: December 5, 2007          LUCE, FORWARD, HAMILTON & SCRIPPS LLP

3

4

5                                   By: /s/Jeffrey L. Fillerup, Esq., CSBN 120543
                                         Jeffrey L. Fillerup
                                         Attorneys for JANINA M. ELDER,
6                                        Chapter 11 Trustee (Real Party in Interest)

7  301023175.1