Michael A. Isaacs, State Bar No. 99782
Jeffrey L. Fillerup, State Bar No. 120543
Nhung Le, State Bar No. 209552
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail:   misaacs@luce.com
          jfillerup@luce.com
          nle@luce.com

Attorneys for JANINA M. ELDER,
Chapter 11 Trustee (Real Party in Interest)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HEWLETT,<br><br>　　　　Petitioner,<br><br>v.<br><br>UNITED STATES BANKRUPTCY COURT,<br><br>　　　　Respondent. | Case No. 07 CV 05532CRB<br><br>**CERTIFICATE OF SERVICE**<br><br>[No Hearing Date] |

I, Alissa V. Worthing, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is Luce, Forward, Hamilton & Scripps LLP, Rincon Center Two, 121 Spear Street, Suite 200, San Francisco, California 94105.

On the date of execution hereof, at my place of business, I served copies of the following:

**NOTICE OF ADMINISTRATIVE MOTION TO RELATE CASES
(N.D. LOCAL RULES 3-12, 7-11)**

**MEMORANDUM IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES
(N.D. LOCAL RULES 3-12, 7-11)**

**CERTIFICATE OF SERVICE**

on the parties listed below:

☒ **BY MAIL**: By placing a true copy in an envelope addressed as shown to the parties below. I am familiar with Luce, Forward, Hamilton & Scripps LLP's practice whereby each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day the mail is collected and deposited in a United States postal mailbox at or before the close of business each day.

PARTIES SERVED

| James Attridge, Esq.<br>1390 Market Street, Suite 1204<br>San Francisco, CA  94102-5306 | Clerk of the Court<br>U.S. BANKRUPTCY COURT<br>P.O. Box 7341<br>San Francisco, CA  94120 |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 5, 2007, at San Francisco, California.

/s/Alissa V. Worthing
ALISSA V. WORTHING